People of State of Illinois, Defendant in Error, v. Walter Donald O'Brien, Plaintiff in Error.

Gen. No. 44,670.

opinion filed March 1, 1949; released for publication April 26, 1949. Joseph Lustfield, for plaintiff in error; John S. Boyle, State's Attorney, for defendant in error; John T. Gallagher, John J. Phillips and John L. Henrick, Assistant State's Attorneys, of counsel. Opinion by JUSTICE SCANLAN. Not to be published in full.